## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

In re:

Yvette Burton                                        Chapter 13
                                                     Case No. 16-41231
                                                     Honorable Marci B McIvor
      Debtor
_____/

## PROOF OF SERVICE

The undersigned states that on November 3, 2016 copies of **NOTICE OF APPEARANCE** were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

David Wm Ruskin
26555 Evergreen Rd Ste 1100
Southfield, MI 48076-4251

Nick Balberman
29800 Middlebelt Road
Suite 200
Farmington Hills, MI 48334
Balberman@aol.com


Date:   November 3, 2016                     /s/ Bridgett Ferrell
                                             Bankruptcy Specialist
                                             Orlans Associates, P.C.
                                             Attorneys for Mortgage Center, LLC
                                             P.O. Box 5041
                                             Troy, MI 48007
                                             (248) 502-1400
                                             Email: RByrd@orlansgroup.com
                                             File Number: 16-013714